IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF IDAHO

| | |
|---|---|
| MIGUEL VISTORIO, LEONILA VICTORIO, AMALIA ACOSTA, EDUARDO BALLESTEROS, RITA CUNA, HECTOR GARCILAZO, ARTURO MOTA, ROGELIO RAMIREZ, REYNA RIVERA, JESUS SANDOVAL, ROLANDO VELA, MARIBEL ZAPATA on behalf of themselves and all other similarly situated individuals<br>v.<br>TYSON FOODS, INC.<br>&<br>TYSON FRESH MEATS, INC. | : CIVIL ACTION<br><br>: NO. 1:07-cv-00383-EJL<br><br><br><br><br>:<br><br><br>: JURY TRIAL DEMANDED<br><br>: |

**STIPULATION TO DISMISS, PURSUANT TO RULE 41(a)(1)**

The parties to the above captioned action hereby agree, pursuant to F.R.C.P. 41(a)(1), that the above captioned action is dismissed without prejudice, as to all parties, with all parties to bear their own attorneys fees and costs in the matter.

Agreed to this 11th day of February, 2008.


/s Philip Downey                                   /s Michael Mueller
Philip A. Downey, Esq.                         Michael Mueller
Attorney for Plaintiffs                           Akin & Gump
                                                              Attorney for Defendants